# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CRAYTONIA BADGER,**
**ADC #162710**                                                                                    **PLAINTIFF**

**V.**            **CASE NO. 4:17-CV-00041 JM/BD**

**TAYLOR**                                                                                          **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge James M. Moody Jr.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.**   **Discussion**

Plaintiff Craytonia Badger filed this civil rights case claiming that Defendant Taylor was deliberately indifferent to his medical needs. (#2)  Mr. Badger has already filed a lawsuit against Defendant Taylor and others based on the same set of facts he now

alleges here. That case remains pending. See *Badger v. Kelley, et al.*, E.D. Ark. Case No. case 4:16-cv-00621-KGB-BD.[1]

A Court may dismiss a prisoner's § 1983 action, upon § 1915A screening, if it is duplicative of a previously filed claim. *Aziz v. Burrows,* 976 F.2d 1158, 1158-59 (8th Cir. 1992) (affirming 28 U.S.C. § 1915 dismissal on ground that "district courts may dismiss a duplicative complaint raising issues directly related to issues in another pending action brought by the same party"); *Van Meter v. Morgan*, 518 F.2d 366, 367-68 (8th Cir. 1975) (per curiam) (affirming district court's § 1915 dismissal of complaint as frivolous where district court explained that petitioner had previously been permitted to file three complaints, one of which was against same defendant and appeared to be based on same conduct as in dismissed complaint).

### III. Conclusion

Mr. Badger cannot maintain two lawsuits against Defendant Taylor based on the same allegations. For that reason, the Court recommends that this case be dismissed, without prejudice.

DATED this 27th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In *Badger v. Kelley, et al.*, the United States Marshal is still trying to serve Defendant Taylor.