IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CRAYTONIA BADGER,
ADC #162710                                                                                    PLAINTIFF

V.                           CASE NO. 4:17-CV-00041 JM/BD

TAYLOR                                                                                          DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. Mr. Badger has not filed objections and has subsequently moved to dismiss his complaint without prejudice. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Badger's claims are DISMISSED, without prejudice. His motion to dismiss (Document No. 5) is denied as moot.

IT IS SO ORDERED, this 31st day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE